# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois (Chicago)

In re: John R Eckberg, Jr.  
Mona L Eckberg  
Case No: 08-24197  
Chapter: 13  

Last four digits of any number you use to identify the debtor's account: 1033  
Court Claim No. (if known):

### STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002.1  
CitiFinancial  
("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 6/2/14 and filed as Docket No. 46

### Prepetition Default Payments
*Applicable option is checked*

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure Prepetition arrears is:  
Total Amount Due:

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the Prepetition amounts that remain unpaid as of the date of this statement.

### Postpetition Default Payments
*Applicable option is checked*

[✓] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[ ] Disagrees that the Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure Postpetition arrears is:  
Total Amount Due:

Attached as Schedule of Amounts Outstanding Postpetition Claim is an itemized account of the Postpetition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Date: 6/18/14

Signature: /s/ Mistilyn Sandusky  
Title: Bankruptcy Specialist  
Company: CitiFinancial, Inc  
Address: PO BOX 6043  
Sioux Falls, SD 57117  
Phone: 866-613-5636  
Email: CitiBKAudit@citi.com

**Case No:** 08-24197

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Prepetition Claim**

| Payment Description | Payment Date | Payment Amount |
|---|---|---|
|  |  |  |

**Case No:** 08-24197

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Postpetition Claim**

| Payment Description | Payment Date | Payment Amount |
|---|---|---|
| | | |

Case No:  08-24197

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  6/18/14

| | |
|---|---|
| Chapter 13 Trustee: | Marilyn O Marshall |
| Trustee Address: | 224 South Michigan Ste 800 |
| | Chicago, IL 60604 |

| | |
|---|---|
| Debtor's Counsel Name: | Joseph P Doyle |
| Debtor's Counsel Address: | Law Office of Joseph P Doyle |
| | 105 S Roselle Road |
| | Suite 203 |

| | |
|---|---|
| Debtor 1 Name: | John R Eckberg, Jr. |
| Debtor 2 Name: | Mona L Eckberg |
| Debtor's Mailing Address: | 16931 Shea Ave |
| | Hazel Crest, IL 60429 |

| | |
|---|---|
| Signature: | /s/ Mistilyn Sandusky |
| Title: | Bankruptcy Specialist |
| Company: | CitiFinancial, Inc |
| Address: | PO BOX 6043 |
| | Sioux Falls, SD 57117 |
| Phone: | 866-613-5636 |
| Email: | CitiBKAudit@citi.com |